```
 1
 2
 3
 4
 5
 6
 7                     UNITED STATES DISTRICT COURT
 8                    CENTRAL DISTRICT OF CALIFORNIA
 9
10
11   ELZIE E. HALEY,                ) Case No. CV 08-1424-ODW(RC)
                                    )
12             Plaintiff,           )
     vs.                            ) ORDER ADOPTING REPORT AND
13                                  ) RECOMMENDATION OF UNITED STATES
     BARRIE HASLER, an acting       )
14   warden; MR. MORA, a            )
     counselor; MS. K. WOLTER, a    )
15   counselor; and DOES 1 through  )
     10, inclusive,                 )
16                                  )
               Defendants.          )
17   _____)
18
19        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
20   complaint along with the attached Report and Recommendation of
21   United States Magistrate Judge Rosalyn M. Chapman, and has made a
22   de novo determination.
23
24        IT IS ORDERED that (1) the Report and Recommendation is
25   approved and adopted; and (2) the complaint and action are
26   dismissed without prejudice.
27   //
28   //
```

1     IT IS FURTHER ORDERED that the Clerk shall serve copies of
2 this Order and the Magistrate Judge's Report and Recommendation by
3 the United States mail on plaintiff.

5 DATED: September 2, 2008

8     OTIS D. WRIGHT II
    UNITED STATES DISTRICT JUDGE

9 R&R\08-1424.ado
10 6/3/08

28     2