UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELZIE E. HALEY, | ) Case No. CV 08-1424-ODW(RC) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| BARRIE HASLER, an acting warden; MR. MORA, a counselor; MS. K. WOLTER, a counselor; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

IT IS ADJUDGED that Judgment be entered dismissing without prejudice the complaint and action.

DATED: September 2, 2008

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

R&R\08-1424.jud
6/3/08